# MINUTE ORDER

Page 3

## Magistrate Judge Ellen F. D'Angelo

King Building Courtroom 10-4        Date: 4/8/25        Time: 2:00 p.m.

**Defendant:** Suresh Gajwani        **J#:** 71940-511        **Case #:** 25-CR-20117-ALTONAGA/REID

**AUSA:** Michael Berger        **Attorney:** Tino Lisella (PERM)

**Violation:** Filing a False Return, Statement, or Other Document        **Surr/Arrest Date:** 04/08/25        **YOB:** 1946

**Proceeding:** Initial Appearance        **CJA Appt:**

**Bond/PTD Held:** ☐ Yes ☐ No        **Recommended Bond:**

**Bond Set at:** STIP $100,000 PSB        **Co-signed by:** Anil Gajwani (brother)

- [x] Surrender and/or do not obtain passports/travel docs
- [x] Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- [ ] Random urine testing by Pretrial Services; Treatment as deemed necessary
- [ ] Refrain from excessive use of alcohol
- [ ] Participate in mental health assessment & treatment
- [ ] Maintain or seek full-time employment/education
- [ ] No contact with victims/witnesses, except through counsel
- [ ] No firearms
- [ ] Not to encumber property
- [ ] May not visit transportation establishments
- [ ] Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- [ ] Allowances: Medical needs, court appearances, attorney visits, religious, employment
- [x] Travel extended to: SD/FL   ND/CA   D.C.
- [ ] Other:

**Language:** English

**Disposition:**
Defendant advised of rights. Notice of Permanent Appearance filed. Waiver of Indictment executed. The parties stipulate to $100,000 PSB w/co-signer. Defendant was arraigned. Brady Order Given. Defendant's Ore Tenus request for entry of Standing Discovery Order - Granted

Reading of Indictment Waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested.

Time from today to ___ excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE**        Date:        Time:        Judge:        Place:

Report RE Counsel: ___
PTD/Bond Hearing: ___
Prelim/Arraign or Removal: ___
Status Conference RE: ___
D.A.R. 14:05:07/14:20:27        Time in Court: 10

s/Ellen F. D'Angelo        Magistrate Judge