**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Case No. 25-CR-20117-ALTONAGA/REID

United States of America,

    v.

Suresh Gajwani,

_____/

**WAIVER OF INDICTMENT**

    I, Suresh Gajwani, the above named defendant who is accused of **Filing a False Return, Statement, or Other Document**, being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waived in open court on 4/8/25, prosecution by Indictment and consent that the proceeding may be by Information rather than by Indictment.

_____
Defendant

_____
Counsel for Defendant

_____
Ellen F. D'Angelo
United States Magistrate Judge