UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-CR-20117-CMA

UNITED STATES OF AMERICA

vs.

SURESH GAJWANI,

       **Defendant.**
_____/

**UNITED STATES' SPEEDY TRIAL REPORT**

The United States, by and through the undersigned Assistant U.S. Attorney, hereby files its Speedy Trial Report.

**Factual Background**

- On March 19, 2025, an information was filed against Suresh Gajwani ("Mr. Gajwani") (DE 1).

- On April 8, 2025, Gajwani made his initial appearance on the charges in the indictment. (DE 4). On that day, Gajwani was arraigned and granted a $100,000 personal surety bond. (Id.).

- On April 9, 2025, the Court issued an Order setting trial for the period beginning June 2, 2025. (DE 9).

Analysis

The Speedy Trial Act states that "[a] defendant's trial shall commence within seventy days from the filing date . . . of the . . . indictment, or from the date the defendant has appeared before a judicial officer of the court in which such charge is pending, whichever date last occurs." 18 U.S.C. § 3161(c)(1). The speedy trial date commences on the latter of the date of the indictment or the date of initial appearance (and the day of the initial appearance is excluded). United States v. Williams, 314 F.3d 552, 557 (11th Cir. 2002).

The Speedy Trial Act explicitly excludes "[a]ny period of delay resulting from a continuance granted by any judge on [defendant's] own motion or at the request of an attorney for the Government" provided the judge grants that continuance on the basis of findings that the "ends of justice" are served by a continuance. 18 U.S.C. § 3161(h)(7)(A). One of the factors to consider in the ends of justice analysis is whether failure to grant would result in a "miscarriage of justice" or the case is "so complex . . . that it is unreasonable to expect adequate preparation" without a continuance. 18 U.S.C. § 3161(h)(7)(B).

The government computes the following elapsed time, excluded time, and remaining time for trial.

- **Elapsed Time**: April 9, 2025 to May 9, 2025. There have been 30 days from the speedy trial clock from the date of initial appearance to the first motion to continue.

- **Remaining Time**: There remains 40 days on the speedy trial clock (June 18).

Respectfully submitted,

HAYDEN P. O'BYRNE
UNITED STATES ATTORNEY

By: /s/ Michael N. Berger
Michael N. Berger
Assistant United States Attorney
Court No. A5501557
99 Northeast 4th Street
Miami, Florida 33132
(305) 961-9445
(305) 536-4699 (fax)
Michael.Berger2@usdoj.gov

2

**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that a true and correct copy of the foregoing was electronically filed with the Court's CM/ECF system on May 9, 2025.

                      By:   /s/ Michael N. Berger
                                 Assistant United States Attorney